### Ray BUFORD and H. Houston, Appellants, v. STATE.
No. 13687.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

J. W. Ellington, of Center, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

'Conviction for theft; punishment, five years in the penitentiary for each appellant.

The record is here without any statement of facts or bills of exception. The indictment

against each appellant is regular, as are the judgment and sentence.

No error appearing, the judgment will be affirmed.